UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD A. NOEL,<br><br>   Plaintiff,<br><br>v.<br><br>FREEMAN, MATHIS AND GARY LLP, et al.,<br><br>   Defendants. | *<br>*<br>*<br>*<br>* Civil Action No. 22-11537-IT<br>*<br>*<br>*<br>* |

ORDER

September 21, 2022

TALWANI, D.J.

  On September 19, 2022, *pro se* plaintiff Arnold A. Noel filed a Notice of Removal [#1] seeking to remove the case Noel v. Freeman, Mathis and Gary LLP, 2273CV0056B (Bristol Superior Ct., Mass.) to this court.

  Under 28 U.S.C. § 1441(a), the statute governing the removal of a state trial court case to a federal district court, only a defendant in a state court action—and not the plaintiff—may remove the action. Because Noel is the plaintiff who initiated this action in Bristol Superior Court, removal is not permitted under the statute. This court therefore lacks removal jurisdiction over this case.

  Accordingly, this action is hereby REMANDED to the Bristol Superior Court.

  IT IS SO ORDERED.

                /s/ Indira Talwani
                United States District Judge

September 21, 2022